STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for LOVETT MILTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 04-40097 CW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING STATUS |
| vs. | ) | CONFERENCE |
| | ) | |
| LOVETT MILTON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court for Lovett Milton's alleged violations of the terms of his supervised release. A status conference presently is set for 9 February 2015. For the past several weeks, Mr Milton has been facing fraud-related charges in Santa Clara Superior Court, and these charges are the same as those that form the basis of the Form 12. Those state charges have resolved and Mr Milton is scheduled to be released from state custody on 20 March 2015.

For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to 25 March 2015. The probation officer has indicated that she will be available to attend a status conference on this date.

STIP AND ORDER                                1

Dated: 23 January 2015

/s/
_____
AARON WEGNER
Assistant United States Attorney

Dated: 23 January 2015

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that the status conference in the above-referenced matter be continued to 25 March 2015, for the reasons stated in the foregoing stipulation.

Dated: January 28, 2015

_____
CLAUDIA WILKEN
United States District Judge